# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SARAH VOGT,

        Plaintiff,

v.

FJA PROCESSING SERVICES, LLC,

        Defendant.

Case No. 23-CV-1264-JPS

**ORDER**

On December 8, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice of her claims as to Defendant FJA Processing Services, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 11. Defendant FJA Processing Services, LLC has not filed an answer or a motion for summary judgment. Thus, the Court will adopt Plaintiff's notice of voluntary dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i). Given that Defendant FJA Processing Services, LLC is the sole remaining defendant and that prior defendant KP Consulting LLC was also dismissed without prejudice, ECF No. 8, this action will be dismissed without prejudice as to all parties.

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal of her claims as to Defendant FJA Processing Services, LLC, ECF No. 11, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** as to Defendant FJA Processing Services, LLC; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** as to all parties.

Dated at Milwaukee, Wisconsin, this 11th day of December, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge